IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00988-MSK-MEH

MARTHA CHAVEZ,

    Plaintiff,

v.

COUNTY OF LARIMER, COLORADO;
LARIMER COUNTY DETENTION CENTER;
LARIMER COUNTY SHERIFF'S DEPARTMENT;
COLLEEN CONWAY, L.P.N., in her individual and official capacities;
COREY SNYDER, R.N., in her individual and official capacities;
MARGO GEPPERT, M.D., in her individual and official capacities;
BRITANNY WILLIAMS, R.N., in her individual and official capacities;
ASHLEY REED, R.N., in her individual and official capacities;
ELLEN SHAFER, R.N., in her individual and official capacities;
JOSEPH PETERSON, R.N., in his individual and official capacities;
JACK HALEY, P.A.-C., in his individual and official capacities;
SIERRA WRIGHT, R.N., in her individual and official capacities;
TERESA RAMIREZ, L.P.N., inher individual and official capacities;
DENISE GROSS, L.P.N., in her individual and official capacities;
CHRISTINA MARSHALL, L.P.N., in her individual and official capacities;
KIM STEPHENS, L.P.N., in her individual and official capacities;
PHILLIP CONNER, M.A., in his individual and official capacities;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation;
JOHN AND JANE DOES 1 THROUGH 10;
DEPUTY BEBELL, in his individual and official capacities;
DEPUTY RANSOM, in his individual and official capacities;
DEPUTY DELOSANTOS, in his individual and official capacities;
DEPUTY CHAMBLISS, in his individual and official capacities;
DEPUTY PEREZ, in his individual and official capacities;
DEBORAH MOUSTEN, in her individual and official capacities;
LEE SOUCY, in his individual and official capacities;
LARIMER COUNTY DETENTION CENTER SUPERVISORY PERSONNEL;
LARIMER COUNTY SHERIFF'S DEPARTMENT SUPERVISORY PERSONNEL;
LARIMER COUNTY SUPERVISORY PERSONNEL, including Medical Personnel, Deputies, Jailors, and Officers, Employees, Independent Contractors, and/or Agents, in their official and individual capacities;
John and Jane Does 11 through 20,

    Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 29th day of April, 2011.

BY THE COURT:

Marcia S. Krieger
United States District Judge