IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00988-MSK-MEH

MARTHA CHAVEZ,

    Plaintiff,

v.

COUNTY OF LARIMER, COLORADO,
LARIMER COUNTY DETENTION CENTER,
LARIMER COUNTY SHERIFF'S DEPARTMENT,
COLLEEN CONWAY, L.P.N., in her individual and official capacities,
COREY SNYDER, R.N., in her individual and official capacities,
MARGO GEPPERT, M.D., in her individual and official capacities,
BRITANNY WILLIAMS, R.N., in her individual and official capacities,
ASHLEY REED, R.N., in her individual and official capacities,
ELLEN SHAFER, R.N., in her individual and official capacities,
JOSEPH PETERSON, R.N., in his individual and official capacities,
JACK HALEY, P.A.-C., in his individual and official capacities,
SIERRA WRIGHT, R.N., in her individual and official capacities,
TERESA RAMIREZ, L.P.N., inher individual and official capacities,
DENISE GROSS, L.P.N., in her individual and official capacities,
CHRISTINA MARSHALL, L.P.N., in her individual and official capacities,
KIM STEPHENS, L.P.N., in her individual and official capacities,
PHILLIP CONNER, M.A., in his individual and official capacities,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation,
JOHN AND JANE DOES 1 THROUGH 10,
DEPUTY BEBELL, in his individual and official capacities,
DEPUTY RANSOM, in his individual and official capacities,
DEPUTY DELOSANTOS, in his individual and official capacities,
DEPUTY CHAMBLISS, in his individual and official capacities,
DEPUTY PEREZ, in his individual and official capacities,
DEBORAH MOUSTEN, in her individual and official capacities,
LEE SOUCY, in his individual and official capacities,
LARIMER COUNTY DETENTION CENTER SUPERVISORY PERSONNEL,
LARIMER COUNTY SHERIFF'S DEPARTMENT SUPERVISORY PERSONNEL,
LARIMER COUNTY SUPERVISORY PERSONNEL, including Medical Personnel, Deputies, Jailors, and Officers, Employees, Independent Contractors, and/or Agents, in their official and individual capacities, and
John and Jane Does 11 through 20,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 7, 2011.**

  The "County Defendants'" Motion to Stay All Discovery Pending Determination of qualified Immunity and Governmental Immunity [filed September 6, 2011; docket #60] is **denied without prejudice** for failure to comply fully with D.C. Colo. LCivR 7.1A.  *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).