IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00988-MSK-MEH

MARTHA CHAVEZ,

    Plaintiff,

v.

COUNTY OF LARIMER, COLORADO,
LARIMER COUNTY DETENTION CENTER,
LARIMER COUNTY SHERIFF'S DEPARTMENT,
COLLEEN CONWAY, L.P.N., in her individual and official capacities,
COREY SNYDER, R.N., in her individual and official capacities,
MARGO GEPPERT, M.D., in her individual and official capacities,
BRITANNY WILLIAMS, R.N., in her individual and official capacities,
ASHLEY SARGENT, R.N., in her individual and official capacities,
ELLEN SHAFER, R.N., in her individual and official capacities,
JOSEPH PETERSON, R.N., in his individual and official capacities,
JACK HALEY, P.A.-C., in his individual and official capacities,
SIERRA WRIGHT, R.N., in her individual and official capacities,
TERESA RAMIREZ, L.P.N., inher individual and official capacities,
DENISE GROSS, L.P.N., in her individual and official capacities,
CHRISTINA MARSHALL, L.P.N., in her individual and official capacities,
KIM STEPHENS, L.P.N., in her individual and official capacities,
PHILLIP CONNER, M.A., in his individual and official capacities,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation,
JOHN AND JANE DOES 1 THROUGH 10,
DEBORAH MOUSTEN, in her individual and official capacities,
LEE SOUCY, in his individual and official capacities,
LARIMER COUNTY DETENTION CENTER SUPERVISORY PERSONNEL,
LARIMER COUNTY SHERIFF'S DEPARTMENT SUPERVISORY PERSONNEL,
LARIMER COUNTY SUPERVISORY PERSONNEL, including Medical Personnel, Deputies, Jailors, and Officers, Employees, Independent Contractors, and/or Agents, in their official and individual capacities, and
John and Jane Does 11 through 20,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2011.**

    In the interest of justice and at this early stage of the litigation, Plaintiff's unopposed Motion

to Amend Caption [filed September 13, 2011; docket #70] is **granted in part and denied as moot in part**. The Clerk of the Court is directed to amend the caption to correct the name of Defendant Ashley Reed to Ashley Sargent. Plaintiff's request to delete the names of Defendants voluntarily dismissed in this case on September 6, 2011 is moot, as the names were deleted from the case docket by the Clerk of the Court that same day. *See* docket #61.