IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00988-MSK-MEH

MARTHA CHAVEZ,

        Plaintiff,

v.

COLLEEN CONWAY, L.P.N., in her individual and official capacities;
COREY SNYDER, R.N., in her individual and official capacities;
MARGO GEPPERT, M.D., in her individual and official capacities;
BRITANNY WILLIAMS, R.N., in her individual and official capacities;
ASHLEY SARGENT, R.N., in her individual and official capacities;
ELLEN SHAFER, R.N., in her individual and official capacities;
JOSEPH PETERSON, R.N., in his individual and official capacities;
JACK HALEY, P.A.-C., in his individual and official capacities;
SIERRA WRIGHT, R.N., in her individual and official capacities;
TERESA RAMIREZ, L.P.N., inher individual and official capacities;
DENISE GROSS, L.P.N., in her individual and official capacities;
CHRISTINA MARSHALL, L.P.N., in her individual and official capacities;
KIM STEPHENS, L.P.N., in her individual and official capacities;
PHILLIP CONNER, M.A., in his individual and official capacities;
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation;
DEBORAH MOUSTEN, in her individual and official capacities; and
LEE SOUCY, in his individual and official capacities,

        Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS
## WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss County Defendants (Motion) **(#107)** filed November 14, 2011. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims against the following Defendants are dismissed with prejudice:

    1.    County of Larimer, Colorado;

    2.    Larimer County Detention Center;

3. Larimer County Sheriff's Department;

4. John and Jane Does 1-10 in their individual and official capacities defined to be Larimer County Detention Center personnel, Larimer County Sheriff's Department personnel, and Larimer County personnel;

5. Larimer County Detention Center Supervisory Personnel in their individual and official capacities;

6. Larimer County Sheriff's Department Supervisory Personnel in their individual and official capacities;

7. Larimer County Supervisory Personnel, including Deputies, Jailors, and Officers and Employees in their individual capacities; and

8. John and Jane Does 11-20 in their individual and official capacities defined to be Captains and Sergeants of the Larimer County Sheriff's Office, and Larimer County employees acting as Larimer County Detention Center supervisory personnel, Larimer County supervisory personnel and Larimer County Sheriff's Department supervisory personnel.

Each party shall bear his, her or its costs and fees herein expended. All future captions shall omit the above-named Defendants.

DATED this 16th day of November, 2011.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge