IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00988-MSK-MEH

MARTHA CHAVEZ,

       Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation,

       Defendant.

## ORDER OF DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS AGAINST THE INDIVIDUAL MEDICAL DEFENDANTS

THIS MATTER comes before the court on the Stipulated Motion for Dismissal With Prejudice of All Claims Against the Individual Medical Defendants (Motion) **(#195)** filed December 7, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims against Defendants Colleen Conway, L.P.N.; Margo Geppert, M.D.; Britanny; Williams, R.N.; Ashley Sargent, R.N.; Ellen Shafer, R.N.; Joseph Peterson, R.N.; Jack Haley, P.A.-C.; Sierra Wright, R.N.; Teresa Ramirez, L.P.N.; Denise Gross, L.P.N.; Christina Marshall, L.P.N.; Kim Stephens, L.P.N.; Phillip Conner, M.A.; Deborah Mousten, R.N.; and Lee Soucy, R.N.; and against Corey Snyder, R.N. (who was not served with process) are dismissed with prejudice, each party to bear his, her or its own costs and attorney fees. All future captions shall so reflect.

DATED this 10th day of December, 2012.

                                                    **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge