IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00988-MSK-MEH

MARTHA CHAVEZ,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims Against Defendant Correctional Healthcare Management, Inc. (Motion) **(#197)** filed December 12, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims against Defendant Correctional Healthcare management, Inc. (now known as Correctional Healthcare Companies, Inc.) are dismissed, with prejudice, each party to bear his, her or its own costs and attorney fees.

DATED this 18th day of December, 2012.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge